**UNITED STATES TRUSTEE vs GREEN, DEBTORS**
**Case # 09-36078**

Plan Analysis

Disposable Income:

| | |
|---|---:|
| Monthly income as adjusted (from page 2) | 4,097 |
| Monthly expenses as adjusted (from page 3) | 3,290 |
| Monthly disposable income (as adjusted) | 807 |

**UNITED STATES TRUSTEE vs GREEN, DEBTORS**
**Case # 09-36078**

**Income Analysis**

|  | Schedule I Amounts | | | | | Adjusted |  |
|---|---|---|---|---|---|---|---|
|  | Debtor | Spouse | Combined Income | U.S. Trustee Debtor | U.S. Trustee Spouse | Combined Income | |
| Current Monthly Gross Wages, Salary: | 5,222.45 | 0.00 | 5,222.45 | 187.48 | 0.00 | 5,409.93 | |
| Estimated bonuses/commissions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Subtotal | 5,222.45 | 0.00 | 5,222.45 | 187.48 | 0.00 | 5,409.93 | |
| Less Payroll Deductions | | | | | | | |
|   a. payroll taxes and social security | 1,270.89 | 0.00 | 1,270.89 | (181.92) | 0.00 | 1,088.97 | |
|   b. insurance | 412.28 | 0.00 | 412.28 | (187.12) | 0.00 | 225.16 | |
| Union Dues | 0.00 | 0.00 | 0.00 | 45.13 | 0.00 | 45.13 | |
| TSP | 150.00 | 0.00 | 150.00 | 12.50 | 0.00 | 162.50 | |
| Mandatory Retirement | 65.31 | 0.00 | 65.31 | (31.49) | 0.00 | 33.82 | |
| Other | 5.76 | 0.00 | 5.76 | 0.48 | 0.00 | 6.24 | |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Subtotal of payroll deductions | 1,904.24 | 0.00 | 1,904.24 | (342.42) | 0.00 | 1,561.82 | |
| Total Net Monthly Income (Wages) | 3,318.21 | 0.00 | 3,318.21 | 529.90 | 0.00 | 3,848.11 | |
| Regular Income from operation of business | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Income from real property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Interest and Dividends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Alimony, maintenance or support | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Social Security disability | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Unemployment Compensation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Other: Reserve Net Income | 0.00 | 0.00 | 0.00 | 248.61 | 0.00 | 248.61 | Estimated monthly net |
| Total Monthly Income | 3,318.21 | 0.00 | 3,318.21 | 778.51 | 0.00 | **4,096.72** | |

**NOTES:**
**The UST's tax adjustment contemplates tax over-withholding as per Federal tax refund.**

2/24/2010   12:00 PM

# UNITED STATES TRUSTEE vs GREEN, DEBTORS
# Case # 09-36078

**Expense Analysis**

| **Monthly Expenses** | Schedule J Amount | US Trustee Adjustments | Adjusted Amount |
|---|---:|---:|---:|
| Rent or Home Mortgage (T&I) | 1,083.00 | 0.00 | 1,083.00 |
| Utilities (electric, heating) | 300.00 | 0.00 | 300.00 |
| Water and Sewage | 54.00 | 0.00 | 54.00 |
| Telephone | 0.00 | 0.00 | 0.00 |
| Trash | 17.00 | 0.00 | 17.00 |
| Cable/ISP/Phone bundle | 230.00 | 0.00 | 230.00 |
|  |  |  | 0.00 |
| Home Maintenance | 150.00 | 0.00 | 150.00 |
| Food | 300.00 | 0.00 | 300.00 |
| Clothing | 100.00 | 0.00 | 100.00 |
| Laundry and dry cleaning | 25.00 | 0.00 | 25.00 |
| Medical and dental expenses | 100.00 | 0.00 | 100.00 |
| Transportation | 250.00 | 0.00 | 250.00 |
| Recreation | 0.00 | 0.00 | 0.00 |
| Charitable Contributions | 0.00 | 0.00 | 0.00 |
| Insurance: Homeowners or renters | 0.00 | 0.00 | 0.00 |
|    Life | 0.00 | 0.00 | 0.00 |
|    Health | 0.00 | 0.00 | 0.00 |
|    Auto | 113.00 | 0.00 | 113.00 |
|    Other | 0.00 | 0.00 | 0.00 |
| Installment payments: | 0.00 | 0.00 | 0.00 |
| Automobile | 568.00 | 0.00 | 568.00 |
|  | 0.00 | 0.00 | 0.00 |
| **Total** | **3,290.00** | **0.00** | **3,290.00** |

2/24/2010   12:00 PM